UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARL PLEASANTS,

    Plaintiff,

    v.

JOSEPH ALLBAUGH,
Director, Federal Emergency
Management Agency,

    Defendant.

Civil Action No. 00-3094 (JMF)

FILED

OCT 0 2 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Following the pretrial conference held on September 15, 2003, and in accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED** that:

1.    The parties' objections to the testimony of witnesses are overruled in part and sustained in part; and it is further **ORDERED** that

2.    Each party's objections to exhibits and documents are preserved until trial, at which point the court will rule on their relevance and cumulativeness; and it is further **ORDERED** that

3.    Counsel shall meet and confer to resolve outstanding issues regarding their exhibit lists. Counsel will re-submit a list of joint exhibits, plaintiff's exhibits, and defendant's exhibits before the trial commences on October 14, 2003; and it is further **ORDERED** that

4.    Any issues regarding jury instructions and the verdict form will be resolved at the



charging conference; and it is further **ORDERED** that

    5.    The trial will commence Tuesday, October 14, 2003 at 1:30 p.m.

**SO ORDERED.**

_/s/ John M. Facciola_
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: 10/02/03