## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CARL PLEASANTS,**

    **Plaintiff,**

v.

**JOSEPH ALLBAUGH,**
**Director, Federal Emergency Management Agency,**

    **Defendant.**

Civil Action No. 00-3094 (JMF)

## JUDGMENT

This action came on for trial before the Court and a jury, Honorable John M. Facciola, United States Magistrate Judge, presiding, and the issue having been duly tried and the jury having duly rendered its verdict,

**IT IS ORDERED AND ADJUDGED THAT** plaintiff recover of the defendant the sum of $15,000, with interest thereon as provided by law, and his costs of action.

_____
DEPUTY CLERK OF COURT

Dated:

