UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARL PLEASANTS,<br><br> Plaintiff,<br><br> v.<br><br>TOM RIDGE, SECRETARY<br>Department of Homeland Security,<br><br> Defendant. | Civil Action No. 00-3094 (JMF) |

ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED** that Plaintiff's Renewed Motion for Reconsideration [#91] is **GRANTED in part** and **DENIED in part.**

  SO ORDERED.

                 _____
                 JOHN M. FACCIOLA
                 UNITED STATES MAGISTRATE JUDGE

Dated: